IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARL GENE BOX, | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-5266 |
| | : | |
| JOHN WETZEL, *et al.*, | : | |
|    Defendants. | : | |

## ORDER

**AND NOW**, this 30th day of June, 2020, after a review of the dockets in this matter, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss of Defendants, Correct Care Solutions, Jay Cowan, and Stephen Weiner (Docket No. 17), is **GRANTED** as unopposed;

2. The Motion to Dismiss of Defendants, Joseph C. Korszniak, Cynthia Link, Paul Noel, Jeanne Welsh, Rich Wenhold and John Wetzel (Docket No. 21), is **GRANTED** as unopposed;

3. This matter is **DISMISSED** without prejudice; and

4. The Clerk shall close this case.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
JEFFREY L. SCHMEHL, J.